**768**     CASES REPORTED WITH BRIEF SYLLABI.

INDEPENDENT TRADING CO., INC., Respondent, v. EDWARD T. ROBERTSON and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOHNSON & CAREY COMPANY, Appellant, v. WILLIAM F. CAREY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

F. W. FROST & COMPANY, INC., Appellant, v. LOUIS TILZER and Others, Composing the Firm of TILZER BROS., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

66 WEST BROADWAY CORPORATION, Respondent, v. STEWART'S CRYSTAL & CHINA SHOP, INC., and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

BANCA COMMERCIALE ITALIANA, Respondent, v. GIOVANNI SCOGNAMIGLIO and Another, Doing Business under the Firm Name and Style of SCOGNAMIGLIO & SONS, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

COMMONWEALTH FINANCE CORPORATION, Appellant, v. INDUSTRIAL ACCEPTANCES CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

GEORGE W. McLAUGHLIN, Respondent, v. ALBERT R. ALLEY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE UNITED STATES PRINTING AND LITHOGRAPH COMPANY, Respondent, v. THEMELIS BROTHERS CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

WILLIAM C. BOWERS and Others, as Trustees under the Last Will and Testament of JOHN M. BOWERS, and Others, Respondents, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

RUBY GRAVES LOCKLEAR, Respondent, v. FOX FILM CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

CHARLES H. FINGERHOOD, Respondent, v. ALLIED DRUG AND CHEMICAL CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

CHARLOTTE ROBERTS, Respondent, v. ELIAS H. LANG, Appellant.— Judgment